# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:14-cr-00058-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JEFFERY SCOTT BLACK, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Defendant's Motion to Terminate Supervised Release [Doc. 197], as supplemented [Doc. 201]. Both counsel for the Government and the Defendant's supervising probation officer have advised they do not oppose the Defendant's Motion.

Upon review of the Defendant's motion, as supplemented, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release [Doc. 197], as supplemented [Doc.

201], is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED.**

Signed: May 22, 2019

Martin Reidinger
United States District Judge